UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DIVONE ANTOINE RICE, #490612,            )
                              Plaintiff,  )
                                          )          No. 1:25-cv-145
-v-                                       )
                                          )          Honorable Paul L. Maloney
JESSE NELSON, *et al.*,                   )
                              Defendants. )
                                          )

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff Rice, a prisoner under the control of the Michigan Department of Corrections (MDOC), alleges that the defendants violated his civil rights. Plaintiff filed this lawsuit without the assistance of counsel. Defendants filed a motion for partial summary judgment arguing that Plaintiff failed to exhaust his administrative remedies. ECF No. 34. The Magistrate Judge issued a report recommending the court grant the motion. ECF No. 70. Plaintiff filed objections. ECF No. 80.

After being served with a report and recommendation (R&R) issued by a magistrate judge, a party has fourteen days to file written objections to the proposed findings and recommendations. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2). A district court judge reviews de novo the portions of the R&R to which objections have been filed. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). Only those objections that are specific are entitled to a de novo review under the statute. *Mira v. Marshall*, 806 F.2d 636, 637 (6th Cir. 1986) (per curiam).

The issue presented in Defendants' motion is whether Plaintiff properly exhausted the grievance process for some of his claims. The Magistrate Judge set forth the facts relevant to that issue and outlined the law governing the issue. The Magistrate Judge then applied the facts to the law and explained why Plaintiff did not exhaust the grievance process for some of his claims.

Plaintiff's objection does not address any part of the findings of fact or conclusions of law concerning the exhaustion issue. Plaintiff merely summarizes the allegations in his complaint. Because the objections do not identify specific problems with the report and recommendation, the court **ADOPTS** the report and recommendation. ECF No. 70. The court **GRANTS** Defendants' motion for summary judgment. ECF No. 34. **IT IS SO ORDERED.**

Date:    August 7, 2026                            /s/  Paul L. Maloney
                                                   Paul L. Maloney
                                                   United States District Judge