UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DIVONE ANTOINE RICE #490612,

Plaintiff,

v.

JESSE NELSON, et al.,

Defendants.

______________________________/

Case No. 1:25-cv-145

HONORABLE PAUL L. MALONEY

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed a motion for summary judgment. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on August 25, 2026, recommending that this Court deny the motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 83) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for motion for summary judgment (ECF No. 54) is DENIED.

Dated: September 25, 2026

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge